Date: 12/23/10

# DIVIDENDS REMITTED TO THE COURT

Check Number 3016 Dated 12/23/10
Case Number 10-30412 - MASSEY, JAMIE L.

Page:

#129155 / #30114

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Emergency Care Services<br>L-2817<br>Columbus, OH 43260-2817 | 000006 | 16.41 | 0.94 |
| ---------- Remittance Total --------------- | | 16.41 | 0.94 |

_____
DOUGLAS A. DYMARKOWSKI, Trustee

FILED 2010 DEC 30 PM 2:17
CLERK, U.S. BANKRUPTCY COURT
TOLEDO, OHIO